No. 411. GORDON *v.* SCUDDER, SUPERINTENDENT. Certiorari denied. *David W. Louisell* for pe-

titioner. *Fred N. Howser,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for respondent.